# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Earl Blomberg, et al.

                        Plaintiff,

v.                                     Case No.: 1:10–cv–08026

                                     Honorable Sharon
                                     Johnson Coleman

Service Corporation International, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 18, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:The plaintiff having filed on 5/17/2011, a notice of voluntary dismissal, the case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Civil case terminated. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.